IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no. 00-0094-01-CR-W-FJG |
| ) | |
| LESTER MCGRONE, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On February 12, 2019, defendant Lester McGrone was found incompetent to stand trial and was committed to the custody of the Attorney General for hospitalization and treatment, pursuant to 18 U.S.C. § 4241(d), in an effort to restore his competency to stand trial. (Doc. 127). On September 6, 2019, a competency report dated August 16, 2019, was received from the Federal Medical Center in Butner, North Carolina reflecting the opinion of Forensic Psychologist Dr. Gillespie Wadsworth that Lester McGrone is now competent to stand trial. (Doc. 128).

A competency hearing was held on September 18, 2019. The government was represented by Assistant United States Attorney Paul Becker. Defendant appeared in person with counsel, Laine T. Cardarella. The parties stipulated to the contents and findings contained in the report of Gillespie Wadsworth, Psy.D. (Doc. 128). Neither party objected to the findings set forth in the report. No additional evidence was presented.

Based upon the uncontroverted evidence, the Court finds that Defendant is not presently suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court finds that defendant is now competent to stand trial and proceed forward with sentencing. It is therefore,

RECOMMENDED that the Court find defendant Lester McGrone competent to stand trial.

Dated this 18th day of September, 2019, at Kansas City, Missouri.

/s/ *Matt J. Whitworth*
MATT J. WHITWORTH
United States Magistrate Judge