# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 00-0094-01-CR-W-FJG |
| LESTER MCGRONE, | ) ) ) |
| Defendant. | ) |

## ORDER

On February 12, 2019, Defendant was found incompetent to proceed and was committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d), in an effort to restore competency to stand trial. On September 6, 2019, a competency report was received from Dr. Gillespie Wadsworth, at the Federal Correctional Institution in Butner, North Carolina, who concluded that the defendant is now competent to understand the nature and consequence of the proceedings against him and to assist in his defense. During the September 18, 2019 competency hearing held before Magistrate Judge Matt J. Whitworth, the parties stipulated to Dr. Wadsworth's Psychiatric Evaluation, and no other evidence was offered on the issue of defendant's competency to stand trial. Magistrate Judge Whitworth entered a Report and Recommendation that the Court find defendant is competent to understand the nature and consequences of the proceedings against him and assisting in his defense. No objections were filed to Magistrate Judge Whitworth's Report and Recommendation. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation (Doc. No. 131) of Magistrate Judge Matt J. Whitworth is adopted in its entirety, and this Court finds that Defendant is competent to stand trial.

Date: October 7, 2019  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge